IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IDA MILTON,

     Plaintiff,

v.                                                        CASE NO.: 4:07cv557-SPM/WCS

MADISON COUNTY SCHOOL BOARD,

     Defendant.

_____/

## ORDER CONSOLIDATING CASES

Upon consideration, Plaintiff's motion to consolidate cases (doc. 54) is granted. All future filings shall be made in the Dansey case, 4:07cv556, into which this case is consolidated for purposes of summary judgment and trial.

The Court's calendar conflicts with the September 15, 2008, trial setting. Accordingly, trial is reset for October 20, 2008. The Order for Pretrial Conference (doc. 27) is vacated. A new order covering this case and the Dansey case will be issued.

SO ORDERED this 25th day of July, 2008.

_s/ Stephan P. Mickle_____

Stephan P. Mickle
United States District Judge