IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IDA MILTON,

    Plaintiff,

v.                                      CASE NO.: 4:07cv557-SPM/WCS

MADISON COUNTY SCHOOL BOARD,

    Defendant.

_____/

## ORDER OF DISMISSAL

Pursuant to the Mediation Report of Settlement (doc. 62) and Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 3rd day of September, 2008.

                                  *s/ Stephan P. Mickle*
                                  Stephan P. Mickle
                                  United States District Judge